UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALI AHMED ALAMERI, *PLAINTIFF* | CIVIL ACTION NO. |
| V. | |
| IBIS TRAIL AT COVINGTON LLC, ASTOR PROPERTY MANAGEMENT SERVICES LLC, ASTOR PROPERTY MANAGEMENT LLC, AND STEPHANIE ALCAHE, *DEFENDANTS* | JUDGE<br><br>MAGISTRATE JUDGE<br><br>JURY TRIAL DEMANDED |

# COMPLAINT

Plaintiff, Ali Ahmed Alameri, alleges as follows:

### Nature of the Action

1. This action is brought by Plaintiff to enforce Title VIII of the Civil Rights Act of 1968, 42 U.S.C. §§ 3601-3631, as amended ("the Fair Housing Act" or "the FHA"), against defendants Ibis Trail at Covington, LLC, and Astor Property Management Services LLC, Astor Property Management LLC, and Stephanie Alcahe, collectively the owners, managers, and operators of Ibis Trail at Covington ("Ibis Trail Apartments" or "Ibis Trail") physically located in Covington, Louisiana. The defendants have violated the FHA by harassing Ali Ahmed Alameri and his family solely on the basis of their religion (Muslim) and their Middle Eastern descent and then, without cause, refusing to renew their lease.

### Jurisdiction and Parties

2. This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1345, and 42 U.S.C. § 3614(a).

1

3. Venue is proper under 28 U.S.C. § 1391(b), because the events or omissions giving rise to the claims alleged in this complaint occurred in the Eastern District of Louisiana. Plaintiff brings his action as a private person under the provisions of 42 U.S.C. § 3613.

4. Defendant Ibis Trail at Covington LLC, is a Florida company and, on information and belief, is the sole operator of Ibis Trail, located and doing business in the Parish of St. Tammany, State of Louisiana. Ibis Trail at Covington LLC's principal place of business is presently listed with the Florida Secretary of State as 21 Almeria Avenue, Suite A, Coral Gables, FL 33134. The Florida Secretary of State names Henry Torres as its current registered agent.

5. Defendant Astor Property Management Services, LLC, is a Florida company, and, on information and belief, manages Ibis Trail Apartments. Astor Property Management Services, LLC's principal place of business is presently listed with the Florida Secretary of State as 21 Almeria Avenue, Suite A, Coral Gables, FL 33134. The Florida Secretary of State names Henry Torres as its current registered agent.

6. Defendant Astor Property Management LLC, is a Florida company, and, on information and belief owns and controls Astor Property Management Services, LLC. Astor Property Management Services, LLC's principal place of business is presently listed with the Florida Secretary of State as 21 Almeria Avenue, Suite A, Coral Gables, FL 33134. The Florida Secretary of State names Henry Torres as its current registered agent.

7. Defendant Stephanie Alcahe, who is white and Hispanic, was employed by Defendant Ibis Trail at Covington LLP as assistant manager and then manager of the Ibis Trail Apartments from at least 2015 through the present.

### Defendants' Discriminatory Treatment of Alihamid Alamiri And his Family Based on His Middle Eastern Descent.

8. Ibis Trail at Covington LLP (Ibis Trail) is located at the intersection of Andrew Drive and Andrews Street, near the Home Depot/Rouses shopping center south of the city of Covington, Louisiana. It is an apartment complex consisting of almost three hundred units spread across twenty-two two-story buildings.

9. As an employee of Ibis Trail, Stephanie Alcahe was familiar with and responsible for implementing apartment policies concerning prospective tenant screening, applicant qualifications, leasing, collection/release of security deposits, rent collection, apartment maintenance and repair, and tenant complaints, among other duties. She worked closely with, and spoke Spanish with managers at Astor Property Management Services, LLC.

10. Stephanie Alcahe (Alcahe) was also responsible for the hiring, firing, training and daily supervision of leasing agents at Ibis Trail.

11. From at least 2012, Patricia Barendarian, Regional Manager of Operations for Astor Property Management Services, LLC,, oversaw the management of Ibis Trail and other similarly sized commercial apartment complexes through various property managers who reported directly to her, all for the benefit of Astor Property Management LLC.

12. Alcahe, who began working at Ibis Trail in 2014, communicated a strong dislike for Middle Eastern and Muslim persons to Ibis Trail employees and frequently said that Alameri's family, and Muslims in general, were "dirty", that they were "terrorists" and that they kept their

apartment "filthy", that Alameri's son was a juvenile delinquent and that she "wanted them gone".

13. In fact, Ali Ahmed Alameri and his family were among the first families to have occupied a rental unit in Ibis Trail when the complex opened in 2011. From that time Ali Ahmed Alameri and his family were model tenants. They were never once late with their rent. Their house was kept clean. Mrs. Alameri in particular was beloved and trusted by her neighbors for being a neighborhood "watchdog" and caregiver for young children. The Alameri children were well behaved and were never found to have caused any trouble.

13. Ali Ahmed Alameri complained by telephone about Alcahe's attitude to Patricia Barendarian, Regional Manager for Astor Property Management Services, LLC. He was told by Patricia Barendarian that a decision had been made not to renew their lease and that " I don't want Muslims on my property."

14. Alameri's twelve year old son was accused by Alcahe of smoking marijuana. Alameri immediately took his son to take a drug test which proved that he had never done such a thing.

15. Alcahe even attempted to pay a boy who resided at Ibis Trail fifty dollars if he would punch Alameri's twelve year old son in the face. The boy confessed this to Alameri's son and offered to split the money with him if he, Alameri's son, would punch him himself in the face instead.

16. Alcahe justified her discriminatory behavior by saying that Muslims from the Middle East "stink," were "dirty," "created roach problems", "completely destroyed" apartments, left the walls smelling after they moved out, and made neighboring tenants want to live elsewhere.

4

17. The Ibis Trail employee, Cheryl Granger informed her supervisor, Patricia Barendarian, Manager of Operations for Astor Property Management Services, LLC. about Alcahe's discriminatory comments but Defendants took no remedial action.

18. In a speakerphone conversation, Cheryl Granger spoke with Patricia Barendarian and Stephanie Alcahe. Both Patricia and Stephanie said Plaintiff's family must leave the apartment complex because they were Muslim, despite the fact, which Cheryl Granger pointed out, that the Alameri's had never once had any lease violations. Furthermore, Granger pointed out that another Ibis Trail employee, Christie Shultheis, had personally visited the Alameri apartment with a company camera and photographed the apartment. The photographs proved that the Alameri apartment was clean and in good order. None of this made any difference to Barendarian, who insisted that the Alameri family's lease not be renewed.

19. Defendants knew, or should have known, that Bandarian or leasing agents under her supervision illegally denied housing opportunities to persons of the Muslim faith or national origin.

20. By the conduct set forth in paragraphs 1-19 above, the Defendants have:

a. Refused to negotiate for the renewal of a lease of, or otherwise made unavailable or denied, a dwelling to a person or persons because of faith or national origin, in violation of the Fair Housing Act, 42 U.S.C. § 3604(a);

b. Discriminated in the terms, conditions, or privileges of sale or rental of dwellings, and/or in the provision of services or facilities in connection therewith, because of religion or national origin in violation of the Fair Housing Act, 42 U.S.C. § 3604(b);

21. Persons who have been victims of the Defendants' discriminatory conduct, policies, practices, statements, or actions as described in this complaint, are aggrieved persons within the meaning of 42 U.S.C. § 3613(a)(1)(A) of the Fair Housing Act, and have suffered damages including losing their lease as a result of such discrimination.

22. The Defendants' discriminatory conduct, policies, practices, statements, and actions as described in this complaint were intentional, willful, malicious, and taken in knowing disregard for the legally protected rights of others.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays that the court enter an ORDER that:

1. Declares that the Defendants have violated the Fair Housing Act;

2. Enjoins the Defendants, their officers, employees, agents, successors and all other persons in active concert or participation with them, from further:

    a. Refusing to rent or to negotiate for the rental of, or otherwise making unavailable or denying, a dwelling to any person because of religion or national origin;

    b. Discriminating in the terms, conditions, or privileges of sale or rental of dwellings, and/or in the provision of services or facilities in connection therewith, because of religion or national origin.

3. Awards monetary damages, including special, general and punitive damages pursuant to 42 U.S.C. § 3613(c), to all persons harmed by the Defendants' discriminatory practices;

4. Award attorney's fees and costs in connection with bringing this lawsuit pursuant to 42 U.S.C. § 3613(c); and

Plaintiff further prays for such additional relief as the interests of justice may require.

Respectfully submitted,

LAW OFFICE OF DALE E. WILLIAMS
/s/*Dale E. Williams*
Dale E. Williams, Bar #18709
212 Park Place
Covington, Louisiana 70433
Telephone: (985) 898-6368
Facsimile:  (985) 892-2640

*Attorney for Ali Ahmed Alameri*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALI AHMED ALAMERI, *PLAINTIFF* | CIVIL ACTION NO. |
| V. | |
| IBIS TRAIL AT COVINGTON LLC, ASTOR PROPERTY MANAGEMENT SERVICES LLC, ASTOR PROPERTY MANAGEMENT LLC, AND STEPHANIE ALCAHE, *DEFENDANTS* | JUDGE<br><br>MAGISTRATE JUDGE<br><br>JURY TRIAL DEMANDED |

## **VERIFICATION**

Pursuant to the provisions of 28 U.S.C. § 1746, I verify under penalty of perjury that I have read the foregoing Complaint, and it is true and correct to my personal knowledge and belief.

Covington, Louisiana, this July 13, 2016.

_____
Ali Ahmed Alameri